# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

        Plaintiff,

   v.

D.R. FOREMAN, et al.,

        Defendants.
                                     /

CASE NO. 1:07-cv-00063-LJO-DLB (PC)

ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS

(Doc. 1)

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on January 12, 2007. The complaint appears to a cognizable claims for relief for violations of the Eighth Amendment regarding plaintiff's conditions of confinement against defendants D.R. Foreman, J. M. Mattingly, M.E. Spearman, K.J. McCoy, J. Griffith, J. Mendez, Phillips, R. Gray, and Elizalde. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants D.R. Foreman, J. M. Mattingly, M.E. Spearman, K.J. McCoy, J. Griffith, J. Mendez, Phillips, R. Gray, and Elizalde.

2. The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 12, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

      b.     One completed USM-285 form for each defendant listed above; and

      c.     Ten (10) copies of the endorsed complaint filed January 12, 2007.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    **Dated:**   **June 10, 2008**               /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE