UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL K. HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>D R. FOREMAN, et al.,<br><br>        Defendants. | CASE NO: 1:07-CV-00063 LJO DLB P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE WITHIN TWENTY (20) DAYS |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On September 26, 2008, defendants Foreman, Mattingly, Spearman, McCoy, Mendez, Phillips, Gray, and Elizalde ("defendants") filed a motion to dismiss this action for plaintiff's failure to exhaust administrative remedies prior to filing suit. (Doc. 20). Plaintiff has not yet responded to defendants' motion.

    Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to defendants' motion within twenty (20) days of service of this order. Failure to comply with this order will result in the recommendation that this action be dismissed for failure to obey a court order.

    IT IS SO ORDERED.

Dated: **November 4, 2008**         /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE